United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15116-elf
Matthew B. Forgie                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Pamela    Page 1 of 2    Date Rcvd: Oct 05, 2017
                       Form ID: 152     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
```
db          +Matthew B. Forgie,    1626 Valley Greene Road,    Paoli, PA 19301-1033
cr          +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Highlands  Ranch, CO 80129-2386
cr          +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr          +Wilmington Savings Fund Society,    14841 Dallas Parkway, Suite 30,    Dallas, TX 75254-7685
13762610    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Citi Mastercard,    PO Box 653054,    Dallas, TX 75265-3054)
13762607    +Capital Title Loans,    772 Pulaski Highway,    Bear, DE 19701-5200
13762608    +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13824976     Check 'n Go,    C/O Real Time Resolutions, Inc.,    PO Box 566027,    Dallas, TX 75356-6027
13762609    +Chester County Tax Claim Bureau,    313 W. Market Street,    Suite 360,
              West Chester, PA 19382-2804
13762611    +Megan B. Forgie,    1626 Valley Green Road,    Paoli, PA 19301-1033
13762613    +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
              Philadelphia, PA 19103-1823
13838920    +Porania, LLC,    P.O. Box 12213,    Scottsdale, AZ 85267-2213
13803802    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
13762614     Specialized Loan Servicing, LLC,    PO Box 638005,    Littleton, CO 80163
13762615    +TitleMax,    3401 Lirkwood Highway,    Wilmington, DE 19808-6133
13791378    +Tredyffrin/Easttown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13762616    +TruMark Financial Credit Union,    1000 Northbrook Drive,    Trevose, PA 19053-8430
13831373    +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
13934973    +Wilmington Savings Fund Society, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Oct 06 2017 01:58:08     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:57:09
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2017 01:57:44      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13767073     E-mail/Text: mrdiscen@discover.com Oct 06 2017 01:56:32     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13767588     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 06 2017 02:05:07
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13812341     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 06 2017 02:04:21
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13787098    +E-mail/Text: bankruptcygroup@peco-energy.com Oct 06 2017 01:56:43      PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13821811     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 02:05:07
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13812770    +E-mail/Text: clientservices@worldcreditrecovery.com Oct 06 2017 01:58:31
              World Credit Fund III, LLC,    1200 N. Arlington Heights Road,    Suite 420,
              Itasca, IL 60143-3110
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13993819     RUSHMORE LOAN MANAGEMENT SERVICES as Servicer for,    Wilmington Savings,P.O. Box 514707, Irvi
cr*         +Tredyffrin/Easttown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
13762612*   +Megan B. Forgie,    1626 Valley Green Road,    Paoli, PA 19301-1033
13929621*   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2            User: Pamela               Page 2 of 2                Date Rcvd: Oct 05, 2017
                                Form ID: 152               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              DIANA M. DIXON    on behalf of Debtor Matthew B. Forgie dianamdixonesq@gmail.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Tredyffrin/Easttown School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
                Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Matthew B. Forgie
    Debtor(s)

Case No: 16−15116−elf

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 10/31/17 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

35 – 32
Form 152