# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew B. Forgie<br>　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　Movant<br>　　vs.<br>Matthew B. Forgie<br>　　　　　　Debtor<br>Megan Forgie<br>　　　　　　Co-Debtor<br>William C. Miller, Esq.<br>　　　　　　Trustee | NO. 16-15116 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 19th day of December, 2017, after a hearing, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay are granted, and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified as to Movant, with respect to the subject premises located at 1626 Valley Green Road, Paoli, PA 19301 ("Property"), to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**