United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Matthew B. Forgie
    Debtor

Case No. 16-15116-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 19, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
db         +Matthew B. Forgie,    1626 Valley Greene Road,    Paoli, PA 19301-1033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:
        DIANA M. DIXON    on behalf of Debtor Matthew B. Forgie dianamdixonesq@gmail.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Tredyffrin/Easttown School District
         jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
        JEROME B. BLANK    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
        MARY JACQUELINE LARKIN    on behalf of    Trumark Financial Credit Union mjlarkin@mklaw.us.com,
         camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                 TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew B. Forgie<br>     Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust<br>     Movant<br> vs. | NO. 16-15116 ELF |
| Matthew B. Forgie<br>     Debtor<br>Megan Forgie<br>     Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esq.<br>     Trustee | |

## ORDER

AND NOW, this 19th day of December, 2017, after a hearing, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay are granted, and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified as to Movant, with respect to the subject premises located at 1626 Valley Green Road, Paoli, PA 19301 ("Property"), to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**