# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 16-15116-ELF

MATTHEW B. FORGIE

1626 VALLEY GREENE ROAD

PAOLI, PA 19301

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MATTHEW B. FORGIE

1626 VALLEY GREENE ROAD

PAOLI, PA 19301

Counsel for debtor(s), by electronic notice only.

DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

/S/ William C. Miller

Date: 4/9/2018

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee