United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-15116-elf
Matthew B. Forgie                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 2          Date Rcvd: Jun 06, 2018
                            Form ID: pdf900        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
```
db             +Matthew B. Forgie,    1626 Valley Greene Road,    Paoli, PA 19301-1033
cr             +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Highlands  Ranch, CO 80129-2386
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +Wilmington Savings Fund Society,    14841 Dallas Parkway, Suite 30,    Dallas, TX 75254-7685
13762610      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Mastercard,    PO Box 653054,    Dallas, TX 75265-3054)
13762607       +Capital Title Loans,    772 Pulaski Highway,    Bear, DE 19701-5200
13762608       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
13824976        Check 'n Go,    C/O Real Time Resolutions, Inc.,    PO Box 566027,    Dallas, TX 75356-6027
13762609       +Chester County Tax Claim Bureau,    313 W. Market Street,    Suite 360,
                 West Chester, PA 19382-2804
14057878       +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13762611       +Megan B. Forgie,    1626 Valley Green Road,    Paoli, PA 19301-1033
13762613       +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13838920       +Porania, LLC,    P.O. Box 12213,    Scottsdale, AZ 85267-2213
13803802       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13762614        Specialized Loan Servicing, LLC,    PO Box 638005,    Littleton, CO 80163
13762615       +TitleMax,    3401 Lirkwood Highway,    Wilmington, DE 19808-6133
13791378       +Tredyffrin/Easttown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14005609       +TruMark Financial Credit Union,    335 Commerce Drive,    Fort Washington, PA 19034-2712
13762616       +TruMark Financial Credit Union,    1000 Northbrook Drive,    Trevose, PA 19053-8430
13831373       +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
13934973       +Wilmington Savings Fund Society, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 07 2018 02:17:25      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2018 02:16:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 07 2018 02:17:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           +E-mail/Text: dbogucki@trumark.org Jun 07 2018 02:17:46      Trumark Financial Credit Union,
                 335 Commerce Drive,    P. O. Box 8127,    Ft. Washington, PA 19034-8127
14013072       +E-mail/Text: bncmail@w-legal.com Jun 07 2018 02:17:11      Cerastes, LLC,
                 C/O Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13767073        E-mail/Text: mrdiscen@discover.com Jun 07 2018 02:16:41      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13767588        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:25:19
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13812341        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2018 02:24:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13787098       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 07 2018 02:16:47      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13821811        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2018 02:24:59
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13812770       +E-mail/Text: clientservices@worldcreditrecovery.com Jun 07 2018 02:17:39
                 World Credit Fund III, LLC,    1200 N. Arlington Heights Road,    Suite 420,
                 Itasca, IL 60143-3110
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13993819         RUSHMORE LOAN MANAGEMENT SERVICES as Servicer for,    Wilmington Savings,P.O. Box 514707, Irvi
cr*             +Cerastes, LLC,    C O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,
                 Seattle, WA 98121-3132
cr*             +Tredyffrin/Easttown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13762612*       +Megan B. Forgie,    1626 Valley Green Road,    Paoli, PA 19301-1033
13929621*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Christina              Page 2 of 2                  Date Rcvd: Jun 06, 2018
                              Form ID: pdf900              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              DIANA M. DIXON    on behalf of Debtor Matthew B. Forgie dianamdixonesq@gmail.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Tredyffrin/Easttown School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society
               bkgroup@kmllawgroup.com
              MARY JACQUELINE LARKIN    on behalf of     Trumark Financial Credit Union mjlarkin@mklaw.us.com,
               camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW B. FORGIE                    Chapter 13

          Debtor            Bankruptcy No. 16-15116-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: June 6, 2018**                    _____
                                            Eric L. Frank
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901


Debtor:
MATTHEW B. FORGIE

1626 VALLEY GREENE ROAD

PAOLI, PA 19301